```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

UNITED STATES OF AMERICA                    PLAINTIFF / RESPONDENT

     v.        Civil No. 05-5174
              Criminal No. 03-50052-01

MARCO FLORES                                     DEFENDANT / MOVANT

## O R D E R

NOW on this 14th day of June 2006, the above referenced matter comes on for consideration. The Court, being well and sufficiently advised, finds as follows:

1. On March 21, 2006, the Magistrate Judge's Report and Recommendation (doc. #90) was filed in this matter. The Report and Recommendation provided the parties ten (10) days within which to file written objections.

2. On April 17, 2006, Marco Flores filed his Motion to Request an Extension of Time (doc. #91) requesting an extension of thirty (30) days within which to respond to the Report and Recommendation.

3. The Court, through its Order of April 19, 2006, granted Flores an extension of time, allowing him until May 19, 2006 within which to respond to the Report and Recommendation.

4. Flores's time to respond expired, and, on May 24, 2006, the Court entered its Order (doc. #94) adopting the Report and Recommendation and dismissing the case.

5. On May 31, 2006, a pleading, entitled 'In Want of

Counsel', was filed on behalf of Flores (doc. #95); and, on June 13, 2006, another pleading, entitled 'Motion to Reconsider Order of Dismissal', was filed on behalf of Flores (doc. #96).

 6. The Court, having reviewed the two recently filed pleadings, and considering the fact that the Magistrate Judge's Report and Recommendation was adopted by this Court on May 24, 2006, will treat both Documents #95 and #96 as motions for reconsideration.

 7. However, because plaintiff's pleadings offer neither law nor fact requiring departure from the Report and Recommendation or supporting reconsideration, said motions (docs. #95 and #96) should be, and they hereby are **denied**.

  **IT IS SO ORDERED.**

        /s/ Jimm Larry Hendren
        JIMM LARRY HENDREN
        UNITED STATES DISTRICT JUDGE